IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WANDA PRUETT                              CIVIL ACTION NO:

VERSUS                                    JUDGE:

IBERIABANK                                MAGISTRATE JUDGE:
                                          JURY DEMAND

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes WANDA PRUETT ("Plaintiff"), who respectfully represents the following:

### I. JURISDICTION

1.     This is an action for declaratory, injunctive and monetary relief for discrimination and retaliation in employment in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, codified at 42 U.S.C. Section 2000e *et seq.* Jurisdiction is based on 42 U.S.C. Section 2000e-5(f)(3), and 28 U.S.C. Section 1331 and supplemental jurisdiction under 28 U.S.C. Section 1332.

### II. PARTIES

2.     Plaintiff, WANDA PRUETT, is an adult female citizen of the United States and the State of Louisiana. She is domiciled in Bossier City, Bossier Parish, Louisiana.

3.      Made Defendant in this action is IBERIABANK ("Iberia" or "Defendant"), corporation who may be served through its registered agent CT Corporation System at 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

4.     At all times referred to in this Complaint, Defendant was engaged in an industry affecting commerce.

5.     Defendant is Plaintiff's employer within the meaning of Title VII and applicable state law.

### III.   FACTUAL ALLEGATIONS

6.      Plaintiff was employed by Defendant from February 2, 2015 until March 1, 2016. Plaintiff began her employment at the 70th Street branch.

7.      Plaintiff was subjected to continued verbal sexual harassment by co-worker, Melinda Kirk ("Ms. Kirk").

8.      In fact, Ms. Kirk made continuous sexual remarks about Plaintiff and to Plaintiff. For example, on one occasion, Ms. Kirk asked Plaintiff when the last time Plaintiff had "been laid" in front of other employees.

9.      Plaintiff reported this conduct to her supervisor, Ms. Michelle Meek ("Ms. Meek), Assistant Branch Manager.

10.      Notwithstanding Plaintiff's complaints, the conduct of Ms. Kirk continued. Ms. Kirk, in one instance, told a customer of Plaintiff's, "I know what you want. You want me on the counter naked."

11.      Plaintiff reported this conduct to Mr. John Booth, Branch Manager and detailed her complaints to management of Defendant regarding the abusive verbal sexual harassment. After complaining, Plaintiff was transferred to the Texas Street Branch of Shreveport, and her hours of work were reduced until she complained of the same.

12.      On September 3, 2015, Plaintiff sent a written complaint to the Regional Human Resources Director, Tracy Kern. In the written complaint, Plaintiff complained that her reassignment to the Texas Street branch was retaliatory, and she requested that she be returned to the 70th Street branch.

13.      As a result of her formal written complaint, Plaintiff was reassigned to the 70th Street branch; however, she was not given her job responsibilities back and her work was closely scrutinized.

14.    Additionally, neither the gender based harassment, nor the retaliation stopped.

15.    On February 23, 2016, Plaintiff overheard her Assistant Branch Manager, Ms. Meek, tell the Branch Manager, John Booth, that Plaintiff was a "bitch." Plaintiff immediately contacted Mr. Booth's supervisor and complained of this issue.

16.    Following this complaint, Plaintiff's work became even more closely scrutinized, and on March 2, 2016, her employment was terminated for reasons that were false and pretextual for discrimination and retaliation.

## IV. ADMINISTRATIVE PREREQUISITES

17.    Plaintiff timely filed a charge of discrimination and retaliation with the EEOC. The EEOC issued a Notices of Right to Sue on November 21, 2017, a copy of which is attached hereto, made a part hereof as Exhibit "A". Plaintiff has complied with all administrative prerequisites for filing this suit.

## V. CAUSES OF ACTION

18.    The actions, conduct and practices of Defendant complained of herein constitute purposeful discrimination against Plaintiff based upon her sex and/or retaliation for her complaints regarding said purposeful discrimination in violation of 42 U.S.C. §§2000e *et seq.,* La. R.S. 23:301, *et seq.;* La. R.S. 51:2256 and La. R.S. 23:967

19.    Defendant's actions constitute a tort under Louisiana Civil Code Art. 2315.

20.    Defendant's actions constituted intentional infliction of emotional distress in that said actions were extreme and outrageous, resulting in severe emotional distress or knew that severe emotional distress would be certain or substantially certain to result from its conduct.

21.    Defendant, IBERIABANK, is liable for the actions of its agents, managers, and its other employees complained of herein, under the doctrine of respondeat superior because said action

were within the course and scope of employment and because tangible employment action occurred.

22. The Defendant's actions complained of herein were performed with malice or reckless indifference to and in knowing violation or reckless disregard of Plaintiff's federally protected rights.

23. Plaintiff has no adequate remedy at law for the harm she has suffered as a result of the discriminatory practices of Defendant set forth herein.

## VI. JURY TRIAL DEMANDED

24. Plaintiff demands a trial by jury as to all matters permitted by law.

## VII. RELIEF

WHEREFORE, PLAINTIFF PRAYS:

(A) That the Court declare the employment practices of which complaint is made to be in violation of 42 U.S.C. §2000e *et seq*, La. R.S. 23:301, *et seq*.; La. R.S. 51:2256 and La. R.S. 23:967, and otherwise inculpatory and illegal;

(B) That the Court order Defendant to cease the discriminatory/retaliatory practices enumerated herein and enjoin Defendant from engaging in further discrimination/retaliation against Plaintiff because of her gender or her opposition to said discrimination;

(C) That the Court find that Defendant is responsible to the tortious acts committed against plaintiff;

(D) That the Court order Defendant to rehire Plaintiff or alternatively award front pay in amounts to be determined by the jury.

(E)    That Plaintiff be awarded back pay, including prejudgment interest, and any other benefits or seniority to which she may have been entitled or which she may have lost as a result of the discrimination against her.

(F)    That Plaintiff be awarded compensatory damages pursuant to 42 U.S.C. Section 1981a, and applicable state law.

(G)    That Plaintiff be awarded the costs of this action, including attorneys' fees pursuant to 42 U.S.C. §2000e-5(k) and applicable state law.

(H)    That Plaintiff be awarded punitive damages pursuant to 42 U.S.C. Section 198la;

(I)    For trial by jury for those matters triable to a jury; and

(J)    That Plaintiff be awarded such other and further relief as the Court finds equitable, just and proper.

Respectfully Submitted,

DOWNER, JONES, MARINO & WILHITE
401 Market Street, Suite 1250
Shreveport, LA 71101
Tel: 318-213-4444
Fax: 318-213-4445

Allison A. Jones, Bar No. 16990

By:___ */s/ Allison A. Jones*_____
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WANDA PRUETT                                    CIVIL ACTION NO:

VERSUS                                          JUDGE:

IBERIABANK                                      MAGISTRATE JUDGE:
                                                JURY DEMAND

## VERIFICATION

BEFORE ME, the undersigned Notary Public, personally came and appeared WANDA PRUETT, who did depose and state that she is the Plaintiff in the foregoing Complaint, that she has read the Complaint, and that all of the allegations contained therein are true and correct to the best of her knowledge, information and belief.

_____
WANDA PRUETT

SWORN TO AND SUBSCRIBED before me, Notary Public, this 16th day of February, 2018.

_____
NOTARY PUBLIC

JACOB M. OAKLEY, NOTARY PUBLIC
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
NOTARY ID # 135049