# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| WANDA PRUETT | * | CIVIL ACTION NO. 18-0203 |
| --- | --- | --- |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| IBERIABANK | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to compel arbitration [Doc. No. 5] filed by Defendant is **GRANTED**.

**IT IS FURTHER ORDERED** that the matter is **STAYED** pending arbitration, subject to the parties' obligation to file a joint status report with the court every six months.

**IT IS FURTHER ORDERED** that the motion to dismiss [Doc. No. 5] filed by Defendant is **DENIED**.

Monroe, Louisiana, this 15th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**TERRY A. DOUGHTY**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**